UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. FARLEY,<br><br>         Plaintiff,<br><br>    v.<br><br>T. VIRGA, et al.,<br><br>         Defendants. | No. 2: 13-cv-1751 KJN P<br><br><br><br>ORDER |

By order filed August 29, 2013, plaintiff was directed to file a complaint within thirty days in order to properly commence this action. Plaintiff was also ordered to either pay the filing fee or file an application to proceed in forma pauperis within thirty days. Thirty days passed and plaintiff did not file a complaint or an application to proceed in forma pauperis. Plaintiff also did not pay the filing fee.

On September 3, 2013, plaintiff filed a letter with the court stating that he was being denied access to the law library, copying services, etc. Accordingly, the court will grant plaintiff an additional thirty days to comply with the August 29, 2013 order. If plaintiff is still unable to prepare a complaint and/or an application to proceed in forma pauperis due to inadequate law library access, plaintiff shall inform the court. Plaintiff shall notify the court of the dates he requested law library access, the names of the prison officials who denied him law library access, and the reasons given for denying him law library access.

1

1   Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order,
2 plaintiff shall file a complaint; within thirty days plaintiff shall either pay the filing fee or file an
3 application to proceed in forma pauperis; if plaintiff is unable to comply with this order due to
4 inadequate law library access, within thirty days of the date of this order, plaintiff shall file a
5 motion requesting law library access containing the information discussed above.
6 Dated:  October 17, 2013

8 far1751.fta

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE