1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WILLIAM D. FARLEY,                        No.  2:  13-cv-1751 KJN P

12              Plaintiff,

13       v.

14   T. VIRGA, et al.,                         ORDER

15              Defendants.

16

17          By order filed August 29, 2013, plaintiff was directed to file a complaint within thirty

18   days in order to properly commence this action.  Plaintiff was also ordered to either pay the filing

19   fee or file an application to proceed in forma pauperis within thirty days.  Thirty days passed and

20   plaintiff did not file a complaint or an application to proceed in forma pauperis.  Plaintiff also did

21   not pay the filing fee.

22          On September 3, 2013, plaintiff filed a letter with the court stating that he was being

23   denied access to the law library, copying services, etc.  Accordingly, the court will grant plaintiff

24   an additional thirty days to comply with the August 29, 2013 order.  If plaintiff is still unable to

25   prepare a complaint and/or an application to proceed in forma pauperis due to inadequate law

26   library access, plaintiff shall inform the court.  Plaintiff shall notify the court of the dates he

27   requested law library access, the names of the prison officials who denied him law library access,

28   and the reasons given for denying him law library access.

1

1       Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order,

2    plaintiff shall file a complaint; within thirty days plaintiff shall either pay the filing fee or file an

3    application to proceed in forma pauperis; if plaintiff is unable to comply with this order due to

4    inadequate law library access, within thirty days of the date of this order, plaintiff shall file a

5    motion requesting law library access containing the information discussed above.

6    Dated:  October 17, 2013

7

8    far1751.fta

                                  KENDALL J. NEWMAN
                                  UNITED STATES MAGISTRATE JUDGE

2