UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. FARLEY, | No.  2:13-cv-1751 KJN P |
| Plaintiff, | |
| v. | ORDER |
| T. VIRGA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding without counsel, has filed a motion for law library access.  Plaintiff does not allege that he is under a present obligation to submit documents within a time certain and thus has not demonstrated that his right of access to the courts is being impaired.  The court will not set a deadline merely for the purpose of insuring the plaintiff additional library time.

In addition, plaintiff has requested the appointment of counsel.  The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's request for the appointment of

1

counsel will therefore be denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for law library access and for appointment of counsel (ECF No. 25) is denied.

Dated:  February 25, 2014

Farl1751.31+80

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2