UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. FARLEY,<br><br>           Plaintiff,<br><br>   v.<br><br>T. VIRGA, et al.,<br><br>           Defendants. | No. 2: 13-cv-1751 KJN P<br><br><br>ORDER |

      Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On September 3, 2013, plaintiff consented to the jurisdiction of the undersigned. (ECF No. 4.) This action is proceeding on the complaint filed November 13, 2013. (ECF No. 11.) All defendants are located at California State Prison-Sacramento ("CSP-Sac").

      On March 7, 2014, plaintiff filed a notice of change of address indicating that he has been transferred to California State Prison-Corcoran ("Corcoran"). (ECF No. 32.) Plaintiff also filed a pleading requesting that the court issue restraining orders. (ECF No. 33.) In this pleading, plaintiff alleges that threats were made against him, he was sexually battered and that his legal property has been withheld.

      In the pending request for restraining orders, plaintiff is apparently complaining about conditions at Corcoran, where he is now housed. No defendants are located at Corcoran. Therefore, plaintiff seeks injunctive relief against individuals who are not named as defendants in

1

1  this action, i.e., prison officials at Corcoran.  This court is unable to issue an order against
2  individuals who are not parties to a suit pending before it.  See <u>Zenith Radio Corp. v. Hazeltine
3  Research, Inc.</u>, 395 U.S. 100, 112 (1969).

    Accordingly, IT IS HEREBY ORDERED that plaintiff's request for restraining orders (ECF No. 33) is denied.

Dated:  March 19, 2014

Far1751.inj

/s/ Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE