UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. FARLEY,<br><br>                    Plaintiff,<br><br>     v.<br><br>T. VIRGA, et al.,<br><br>                    Defendants. | No.  2: 13-cv-1751 KJN P<br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

    Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for injunctive relief filed June 10, 2014.  (ECF No. 56.)  For the following reasons, the undersigned recommends that this motion be denied.

    This action is proceeding on the amended complaint filed November 13, 2013.  (ECF No. 11.)  All defendants are located at California State Prison-Sacramento ("CSP-Sac").  Plaintiff is now housed at California State Prison-Corcoran ("Corcoran").

    In the pending motion, plaintiff requests that he be provided with adequate medical and mental health care.  Plaintiff seeks injunctive relief against individuals who are not named as defendants in this action, i.e., prison officials at Corcoran.  This court is unable to issue an order against individuals who are not parties to a suit pending before it.  See Zenith Radio Corp. v. Hazeltine Research, Inc., 395 U.S. 100, 112 (1969).  For this reason, plaintiff's motion for

1

injunctive relief should be denied.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall appoint a district judge to this action; and

IT IS HEREBY RECOMMENDED that plaintiff's motion for injunctive relief (ECF No. 56) be denied.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 18, 2014

Far1751.pi

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE