UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. FARLEY, | No. 2:13-cv-1751 WBS KJN P |
| Plaintiff, | |
| v. | ORDER |
| T. VIRGA, et al., | |
| Defendants. | |

      Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is presently housed at the California Health Care Facility ("CHCF") in Stockton. No defendants are located at the CHCF.

      On August 8, 2013, plaintiff filed an opposition to defendants' motion to dismiss. (ECF No. 70.) In the opposition, plaintiff states that he is "just going to kill himself for he cannot fight against the unlimited resources of the defendants." (Id. at 1.) Plaintiff also states that he plans to kill himself after he is transferred back to a full prison setting. (ECF No. 70-2 at 3.)

      The undersigned is concerned by plaintiff's allegations set forth above. The Clerk of the Court is directed to serve a copy of plaintiff's August 8, 2013 opposition on defendants and the Warden of the CHCF. Neither defendants nor the Warden of the CHCF are required to file a response to these allegations. However, the undersigned anticipates that defendants and/or the Warden of CHCF will respond appropriately to these allegations.

1

1  Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to serve a
2 copy of plaintiff's opposition to defendants' motion to dismiss (ECF No. 70) and a copy of this
3 order on defense counsel and the Warden of the California Health Care Facility, P.O. Box 32110,
4 Stockton, California, 95213.

Dated:  August 13, 2014

Far1751.ord(3)

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE