UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. FARLEY, | No. 2: 13-cv-1751 WBS KJN P |
| Plaintiff, | |
| v. | ORDER |
| T. VIRGA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On September 3, 2014, plaintiff filed a motion requesting an extension of time, access to legal property and the law library, and to be examined by an outside doctor. The undersigned addresses these requests herein.

*Request for Extension of Time*

Plaintiff requests an extension of 180 days to file an opposition to defendants' motion to dismiss filed May 7, 2014. The grounds of the current motion are that plaintiff was recently transferred to the California Medical Facility ("CMF") where he is on suicide watch. Plaintiff also alleges that he does not have access to his legal property or the law library.

The undersigned has previously granted plaintiff two sixty day extensions of time to file his opposition to defendants' motion. (See ECF Nos. 53, 69.) Due to the grounds raised in support of the pending request, plaintiff is granted an extension of forty-five days to file his

1

opposition. No further extensions of time will be granted. If plaintiff does not file an opposition within that time, defendants' motion will be taken under submission for decision.

*Request for Legal Property and Law Library Access*

In the request for legal property, plaintiff alleges that when he was transferred to CMF from California State Prison-Corcoran ("Corcoran"), his legal property was left at Corcoran. It is the court's experience that when inmates are transferred to different prisons, there is often a delay in their receipt of their legal property. For this reason, plaintiff's motion for legal property is denied without prejudice. If plaintiff has not received his legal property within thirty days, he may renew this request.

The grounds of plaintiff's request for law library access are unclear. It is unclear if plaintiff is unable to access the law library because he is on suicide watch or for some other reason. For this reason, plaintiff's request for law library access is denied without prejudice.

*Request for Examination*

Plaintiff requests that he be examined by an outside doctor. Plaintiff previously filed two motions to be examined by an outside doctor which the court denied. (ECF Nos. 59, 69.) For the reasons stated in these orders, plaintiff's pending motion to be examined by an outside doctor is denied.

*Suicide Allegations*

Finally, the undersigned observes that in the pending motion, plaintiff alleges that he has plans to kill himself. Plaintiff has made this claim in other pleadings. No defendants are located at CMF.

The undersigned is concerned by plaintiff's claim that he intends to kill himself. Accordingly, the Clerk of the Court is directed to serve a copy of plaintiff's motion for extension of time, et al., containing these allegations, on the Warden of CMF. Neither defendants nor the Warden of CMF are required to respond to these allegations. Acknowledging plaintiff's claim that he is on suicide watch, the undersigned anticipates that defendants and/or the Warden of CMF will respond appropriately to these allegations.

////

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to serve a copy of this order and plaintiff's motion for extension of time (ECF No. 73) on the Warden of the California Medical Facility, California Medical Facility, P.O. Box 2000, Vacaville, CA, 95696-2000;

2. Plaintiff's motions for legal property, access to the law library and to be examined by an outside doctor (ECF No. 73) are denied; and

3. Plaintiff's motion for an extension of time (ECF No. 73) is granted; plaintiff is granted forty-five days from the date of this order to file his opposition to defendants' motion to dismiss; if plaintiff does not file an opposition within that time, defendants' motion will be taken under submission for decision; no further requests for extensions of time to file an opposition are permitted.

Dated: September 15, 2014

Far1751.eot

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE