UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. FARLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T. VIRGA, et al.,<br><br>　　　　Defendants. | No.  2: 13-cv-1751 WBS KJN P<br><br><br>ORDER |

　　　　On November 13, 2014, the Magistrate Judge issued an order denying plaintiff's motion for law library access and for a 180 days extension of time to file his opposition to defendants' motion to dismiss.  (ECF No. 83.)  Pursuant to the mailbox rule, on December 8, 2014, plaintiff filed a request for reconsideration of that order.

　　　　Local Rule 303(b), states "rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen days . . . from the date of service of the ruling on the parties."  Id.  Plaintiff's request for reconsideration of the magistrate judge's order of November 13, 2014, is therefore untimely.

　　　　Accordingly, IT IS HEREBY ORDERED that plaintiff's December 24, 2014 request for reconsideration (ECF No. 85) is denied.

Dated:  January 20, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Far1751.851

1