UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. FARLEY,<br><br>            Plaintiff,<br><br>    v.<br><br>T. VIRGA, et al.,<br><br>            Defendants. | No. 2:13-cv-1751 WBS KJN P<br><br><br><u>ORDER</u> |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On January 28, 2015, the court ordered defendant Curren to show cause why default should not be entered for his failure to file a timely response to the amended complaint. (ECF No. 89.)

On January 30, 2015, defendant Curren filed a response to the order to show cause and an answer to plaintiff's amended complaint. (ECF No. 90.)

Good cause appearing, IT IS HEREBY ORDERED that the order to show cause (ECF No. 89) is discharged and defendant Curren's answer (ECF No. 90) is deemed timely filed.

Dated: February 3, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Far1751.ans

1