UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| WILLIAM D. FARLEY, | CIV. NO. 2:13-1751 WBS KJN P |
| Plaintiff, | ORDER |
| v. | |
| T. VIRGA, et al., | |
| Defendants. | |

----oo0oo----

Plaintiff William D. Farley is a state prisoner, proceeding pro se with a civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On January 28, 2015, the Magistrate Judge filed Findings and Recommendations ("F&Rs") that were served on all parties and which contained notice to all parties that any

1

1 objections to the F&Rs were to be filed within fourteen days.
2 (F&Rs at 10 (Docket No. 89).)  The parties were advised that
3 failure to file objections within that time may waive the right
4 to appeal the District Court's order.  (Id.); Martinez v. Ylst,
5 951 F.2d 1153 (9th Cir. 1991).  No party has filed objections to
6 the F&Rs.
7      The court has reviewed the file and finds the F&Rs to
8 be supported by the record and by the Magistrate Judge's
9 analysis.
10      Accordingly, IT IS HEREBY ORDERED that:
11     (1)   The Findings and Recommendations filed January 28,
12         2015, be, and the same hereby are, adopted in
13         full;
14     (2)   Defendants' Motion to Dismiss (Docket No. 42) be,
15         and the same hereby is, GRANTED as to all claims
16         brought against defendants Virga and Hamkar;
17     (3)   Defendants' Motion to Dismiss (Docket No. 42) be,
18         and the same hereby is, GRANTED as to those claims
19         brought against defendants Miers, Delaney, May,
20         Higgins, Gonzales, Scoggins, Curren, and Stewart
21         in their official capacities;
22     (4)   Plaintiff William Farley has twenty days from the
23         date this Order is signed to file an amended
24         complaint, if he can do so consistent with this
25         Order.
26     (5)   If plaintiff files an amended complaint within
27         twenty days from the date this Order is signed,
28         all defendants shall respond to that amended

|   |   |   |
|---|---|---|
| 1 |  | complaint; |
| 2 | (6) | If plaintiff does not file an amended complaint |
| 3 |  | within twenty days from the date this Order is |
| 4 |  | signed, defendants Miers, Delaney, May, Higgins, |
| 5 |  | Gonzales, Scoggins, Curren, and Stewart shall file |
| 6 |  | a response to plaintiff's First Amendment |
| 7 |  | Complaint (Docket No. 11) by addressing those |
| 8 |  | claims brought against them in their personal |
| 9 |  | capacities. |

Dated: February 23, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE