UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. FARLEY,<br><br>        Plaintiff,<br><br>    v.<br><br>T. VIRGA, et al.,<br><br>        Defendants. | No. 2:13-cv-1751 WBS KJN P<br><br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On January 28, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

      1. The findings and recommendations filed January 28, 2015, are adopted in full;

      2. Defendants' motion to dismiss (ECF No. 42) is granted; within twenty days of the filed

1

date of this order, plaintiff may file a second amended complaint if he can do so consistent with this Order and the Magistrate Judge's Findings and recommendations; and within 45 days of the filed date of this Order defendants Delaney, May, Higgins, Gonzales, Scoggins, Meirs and Stewart are directed to file a response to the amended complaint.

Dated:  March 3, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

far1751.801