UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. FARLEY, | No. 2:13-cv-1751 WBS KJN P |
| Plaintiff, | |
| v. | ORDER |
| T. VIRGA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, in an action brought under 42 U.S.C. § 1983. Plaintiff previously filed several motions for appointment of counsel. (See ECF Nos. 8, 21, 25, 51, 58, 85, 87, 96.) All previous requests for appointment of counsel were denied. (See ECF Nos. 9, 23, 30, 53, 59, 88, 98.)

In light of those orders and for the reasons set forth therein, IT IS HEREBY ORDERED that plaintiff's June 5, 2015 motion for appointment of counsel (ECF No. 104) is denied.

Dated: June 19, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

farl1751.31.kjn(3)

1