1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| WILLIAM D. FARLEY, | No. 2:13-cv-1751 WBS KJN P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| T. VIRGA, et al., | |
| Defendants. | |

In light of the statement noting plaintiff's death upon the record, defendants will be directed to serve the statement pursuant to Federal Rule of Civil Procedure 25(a)(3).  Defendants shall forthwith serve the statement noting death on any known successors or representatives of plaintiff as provided in Fed. R. Civ. P. 5 and 4, respectively.  See Fed. R. Civ. P. 25(a)(3); see also Barlow v. Ground, 39 F.2d 231, 233-34 (9th Cir. 1994).  The statement shall inform the known successors or representatives of the 90 day time limit for the filing of a notice of substitution.  See Fed. R. Civ. P. 25(a)(1).

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants shall serve the statement noting plaintiff's death pursuant to Federal Rule of Civil Procedure 25(a)(3) within twenty-one days of this order and shall file a certificate of service with the court;

////

1

2. All pending motions (ECF Nos. 102, 106, 110) are vacated.

Dated: July 21, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Far1751.dsug