IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. FARLEY,<br><br>               Plaintiff,<br><br>       v.<br><br>T. VIRGA, et al.,<br><br>               Defendants. | Case No. 2:13-cv-01751 KJN P<br><br>**ORDER** |

Good cause appearing, Defendants' motion to modify the discovery and scheduling order (ECF No. 118) is GRANTED. The discovery and dispositive motion deadlines are vacated, and will be reset only in the event that a proper substitution motion is filed and granted, in accordance with Federal Rule of Civil Procedure 25.

Dated: October 16, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Far1751.sub